# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| John Pietsch; Arlan Irwin as Trustee for the Albert and Grace Irwin Trust; Ward County Farm Bureau, a North Dakota Non-Profit Corporation; Ward County Farmers Union, a North Dakota Non-Profit Corporation,<br><br>      Plaintiffs,<br><br>vs.<br><br>Ward County, a Political Subdivision of the State North Dakota, and The Board of County Commissioners for Ward County, North Dakota,<br><br>      Defendants. | **ORDER**<br><br>Case No. 1:18-cv-023 |

On January 16, 2019, the parties filed a "Joint Motion to Extend Dispositive Motion Deadline and Set a Status Conference. The court **GRANTS** the motion (Doc. Nos. 20 and 21) and amends the scheduling order as follow: the parties shall have until April 16, 2019, to file dispositive motions. The shall conduct a status conference with the parties by telephone on January 23, 2019, at 3:00 p.m. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 17th day of January, 2019.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court