# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| John Pietsch; Arlan Irwin as Trustee for the Albert and Grace Irwin Trust; Ward County Farm Bureau, a North Dakota Non-Profit Corporation; Ward County Farmers Union, a North Dakota Non-Profit Corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>Ward County, a Political Subdivision of the State North Dakota, and The Board of County Commissioners for Ward County, North Dakota,<br><br>        Defendants. | **ORDER**<br><br>Case No. 1:18-cv-023 |

On January 23, 2019, the court held a status conference with the parties by telephone. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The parties shall have until May 1, 2019, to file dispositive motions.

2. The final pretrial conference set for August 7, 2019, shall be rescheduled for November 26, 2019, at 11:00 a.m. before the magistrate judge by telephone. The court shall initiate the conference call.

3. The bench trial set for August 20, 2019, shall be rescheduled for December 10, 2019, at 9:00 a.m. in Bismarck before Chief Judge Hovland. A four (4) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 23rd day of January, 2019.

                                                            */s/ Charles S. Miller, Jr.*
                                                            Charles S. Miller, Jr., Magistrate Judge
                                                            United States District Court