# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| John Pietsch; Arlan Irwin as Trustee for the Albert and Grace Irwin Trust; Ward County Farm Bureau, a North Dakota Non-Profit Corporation; Ward County Farmers Union, a North Dakota Non-Profit Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> Ward County, a Political Subdivision of the State North Dakota, and The Board of County Commissioners for Ward County, North Dakota, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** <br><br><br><br><br><br><br><br><br><br> Case No. 1:18-cv-023 |

The court held a status conference in the above-entitled action by telephone on October 17, 2019. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The final pretrial conference set for November 26, 2019, shall be rescheduled for April 20, 2020 at 10:00 a.m. by telephone before the Magistrate Judge. To participate in the conference, the parties should call Tel. No. (877) 810-9415 and enter Access Code 8992581.

2. The bench trial set for December 10, 2019, shall be rescheduled for May 4, 2020, at 9:00 a.m. in Bismarck before Chief Judge Hovland. A four (4) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court